IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT F. RIVERA,

      Plaintiff,                              No. CIV S-06-1822 FCD DAD P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.               <u>ORDER</u>

         Plaintiff is a prisoner now confined at a Florida state prison and seeks relief pursuant to 42 U.S.C. §§ 1981, 1983, 1985 and 1997 for actions allegedly engaged in by California prison and public officials. On September 21, 2006, the court ordered plaintiff to file a new application requesting leave to proceed in forma pauperis or submit the $350.00 filing fee, and granted plaintiff's motion to amend his complaint. On September 25, 2006, plaintiff filed a document styled, "Renewed Motion To Amend The Complaint." It appears that this renewed motion was filed before plaintiff received the court's September 21 order. However, plaintiff has not filed an amended complaint or an in forma pauperis application. In the interest of justice, the court will provide plaintiff with a final opportunity to comply with the court's September 21 order.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; plaintiff shall use the form complaint provided by the court and answer each question; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint;

2. Within thirty days from the date of this order, plaintiff shall submit an application requesting leave to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee of $350.00;

3. Plaintiff's failure to file an amended complaint and either an application requesting leave to proceed in forma pauperis or the $350.00 filing fee in accordance with this order will result in a recommendation that this action be dismissed; and

4. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a civil rights action and the application for requesting leave to proceed in forma pauperis by a state prisoner.

DATED: November 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rive1822.eot