IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT F. RIVERA,

        Plaintiff,                  No. CIV S-06-1822 FCD DAD P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.         ORDER
_____/

        Plaintiff is a Florida state prisoner proceeding with an action pursuant to 42 U.S.C. §§ 1981, 1983, 1985 and 1997. On September 21, 2006, the court denied plaintiff's motion for leave to proceed in forma pauperis without prejudice and directed plaintiff to file a new application requesting leave to proceed in forma pauperis or the $350.00 filing fee. At that same time the court granted plaintiff's motion to amend his complaint. Thereafter, on November 30, 2006, the court granted plaintiff an additional thirty days in which to submit a new application requesting leave to proceed in forma pauperis as well as his amended complaint. Plaintiff has still not complied with this order.

        Instead, on December 15, 2006, plaintiff filed a "Notice of Appeal/Application For A Certificate Of Appealability [sic]." However, a review of the content of the plaintiff's

/////

1

confusing notice of appeal indicates that plaintiff does not appear to challenge the court's order granting him leave to file an amended complaint and an in forma pauperis application.

An interlocutory appeal does not divest the District Court of jurisdiction to proceed with other aspects of the case. See <u>BNSF Railway Co. v. Ray</u>, No. CV-05-0386-PHX-DGC, 2006 WL 2792174, at *2 (D.Ariz. Sept. 28,2006); <u>Grauberger v. St. Francis Hospital</u>, 169 F.Supp. 2d 1172, 1175 (N.D.Cal. 2001).  Therefore, this action shall proceed and the court will provide plaintiff with a final opportunity to file his amended complaint and submit his in forma pauperis application or the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; plaintiff shall use the form complaint provided by the court and answer each question; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint;

2. Within thirty days from the date of this order, plaintiff shall submit an application requesting leave to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee of $350.00;

3. Plaintiff's failure to file an amended complaint and either an application requesting leave to proceed in forma pauperis or the $350.00 filing fee in accordance with this order will result in a recommendation that this action be dismissed; and

/////
/////
/////
/////
/////

4. The Clerk of the Court is directed to provide plaintiff with the court's form complaint for a civil rights action and the application for requesting leave to proceed in forma pauperis by a state prisoner.

DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rive1822.36lta