IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT F. RIVERA,

        Plaintiff,                      No. CIV S-06-1822 FCD DAD P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            ORDER

        On May 14, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 1, 2007, dismissing plaintiff's complaint with leave to amend and ordering plaintiff to submit either an application requesting leave to proceed in forma pauperis or the filing fee of $350.00. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2 the magistrate judge filed May 1, 2007, is affirmed.
3 DATED: May 22, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE