IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT F. RIVERA,

        Plaintiff,                      No. CIV S-06-1822 FCD DAD P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.               <u>ORDER</u>

/

       On July 21, 2008, plaintiff filed a document styled, "Motion To Reopen Judgment." This civil rights action was closed on August 9, 2007, and plaintiff's appeal to the United States Court of Appeals for the Ninth Circuit was dismissed on February 4, 2008. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 10, 2008.

                                                                   DALE A. DROZD
                                                                   UNITED STATES MAGISTRATE JUDGE

DAD:4
riv1822.58